ACCEPTED
01-14-00693-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 8:10:16 PM
CHRISTOPHER PRINE
CLERK

# COA NUMBER: **01-14-00693-CV**

## LATE MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
7/7/2015 8:10:16 PM
CHRISTOPHER A. PRINE
Clerk

### TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now Giovanny F. Laguan, appellant, and files this motion for an extension of 120 days in which to file his Appellant's Brief. In support of this motion, appellant shows the court the following:

### I.

The Appellees were granted a Summary Judgment in the 240th District Court of Fort Bend County, Texas, on August 13, 2014 in Cause No. 12-DCV-202692, styled Hilary J. Lloyd and Kimberly A. Lloyd v. GIOVANNY LAGUAN, and MARINA DEL TRANSITO MARTINEZ. Appeal was perfected on August 15, 2014.

### II.

The deadline for filing the Appellant's Brief was June 27, 2015. The appellants, Giovanny F. Laguan and Marina Del Transito Martinez, have not requested any extension(s) prior to this request.

### III.

Appellant's request for an extension is based upon the following facts: Appellant Laguan needs more time to do research, and his Appellant's brief will not be finished by time of filing of this notice.

### IV.

WHEREFORE, appellant prays the court grant this motion and extend the deadline for filing the Appellant's Brief in Cause No. 01-14-00693-CV to November 7, 2015.

_____ APPELLANT

APPELLANT:    GIOVANNY LAGUAN
Address:         2003 CRESTMONT CIRCLE
City, State, Zip: MISSOURI CITY TX  77459
Tel. Number:    832-499-7685

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served on Appellees Hilary J. Lloyd, and Kimberly A. Lloyd by facsimile, certified mail, return receipt requested, and/or by first class United States mail on July 7, 2015.

**VIA FIRST CLASS MAIL**
Appellees Hilary A. Lloyd and Kimberly A. Lloyd
538 Longview Drive
Sugar Land TX  77478

_____
GIOVANNY LAGUAN
2003 Crestmont Circle
Missouri City TX  77459

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i)(3) and the Court's order, I hereby certify that this brief contains approximately 280 words (excluding the items permitted to be excluded under Texas Rule of Appellate Procedure 9.4(i)(1). This is a computer-generated document created in Microsoft Word 2010, using 14-point typeface for all text. In making this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

Dated: July 7, 2015

_____
*Appellant*